Approved.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HERBERT J. JOHNSON, JR., | : | CASE NO. 3:17-CV-01429 |
| PLAINTIFF, | : | JUDGE JACK ZOUHARY |
| -VS.- | : | |
| TRANSGUARD INSURANCE COMPANY OF AMERICA, INC. | : | NOTICE OF DISMISSAL |
| DEFENDANTS. | : | |

Now comes the Plaintiff, Herbert J. Johnson, Jr., by and through his undersigned attorney, Jason N. Flower, and, pursuant to Ohio Rules of Civil Procedure 41(A), dismisses his cause of action against the Defendants with prejudice. Plaintiff shall pay court costs.

Respectfully submitted,

HUFFMAN, KELLEY,
BROCK & GOTTSCHALK, LLC
540 W. Market Street
Lima, Ohio 45801
Telephone No: (419) 227-3423
Facsimile: (419) 227-0582
Email: jnf@540westmarket.com
ATTORNEYS FOR PLAINTIFF

By /s/ Jason N. Flower
      Jason N. Flower – 0085972

PROOF OF SERVICE

    I hereby certify that a copy of the foregoing was sent by ordinary U.S. mail this __8th___ day of September, 2017, to Reminger Co., LPA, Patrick Kasson, located at 200 Civic Center Drive, Suite 800, Columbus, Ohio 43215.

                                    HUFFMAN, KELLEY,
                                    BROCK & GOTTSCHALK, LLC


                                    By_/s/ Jason N. Flower_____
                                            Jason N. Flower